Matthew D. Haley, Esq.
State Bar No.: 104493
Michael C. Haley, Esq.
State Bar No.: 326066
THE HALEY LAW OFFICES. P.C.
1633 San Pablo Avenue
Oakland, CA 94612-1505
Telephone: (510) 444-1881
Facsimile: (510) 444-5108
Email: matt@haleylaw.com
Email: michael@haleylaw.com
Email: service@haleylaw.com

*Attorneys for Plaintiff*
BISHOP BELL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| BISHOP BELL,<br><br>Plaintiff,<br><br>vs.<br><br>DOVER CORPORATION; OPW ENGINEERED SYSTEMS; KINDER MORGAN; KINDER MORGAN BULK TERMINALS LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-03910-WHO<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>*Assigned for All Purposes to Honorable Judge William H. Orrick*<br><br>Dept.: Courtroom 2 – 17th Floor<br><br>Complaint Filed: August 30, 2024<br>Trial Date: September 14, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff BISHOP BELL ("Plaintiff") and Defendant KNAPPCO, LLC, also known as OPW Engineered Systems ("Knappco"), DOVER CORPORATION by and through their respective counsel of record, hereby stipulate as follows:

1. The parties have resolved this action in its entirety.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this entire action, including all claims asserted against all defendants (including DOES 1 to 100), WITH PREJUDICE.

3. Each party shall bear its own attorneys' fees and costs.

4. This stipulation is signed by all parties who have appeared in this action.

**IT IS SO STIPULATED.**

DATED: October 21, 2026

**THE HALEY LAW OFFICES, P.C.**

By: Matthew Haley

Matthew D. Haley, Esq.
Attorneys for Plaintiff
BISHOP BELL

DATED: October 20, 2026

**TUCKER ELLIS LLP**

By: [signature]

Daniel J. Kelly, Esq.
Attorneys for Defendant
KNAPPCO, LLC aka OPW ENGINEERED SYSTEMS

**ORDER**

Pursuant to the foregoing stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, as to all claims and all parties. Each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 21, 2026

HON. WILLIAM H. ORRICK

DATED: October 20, 2026

Respectfully Submitted,

THE HALEY LAW OFFICES, P.C.

By: /s/ Matthew D. Haley

Matthew D. Haley, Esq.
Michael C. Haley, Esq.

*Attorneys for Plaintiff*
BISHOP BELL